IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS A BARTEK,<br><br>        Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>WILLIAM JENKINS, Third-Party Defendant. | 8:13CV352<br><br>**ORDER** |

As requested in the motion of Defendant/Third-Party Plaintiff, William Jenkins, (Filing No. 27), which is hereby granted,

IT IS ORDERED:

1) The written discovery deadline is extended to June 16, 2015. Any motions to compel shall be filed on or before June 30, 2015.

2) As to the Third-Party Defendant only, the deadline for identifying expert witnesses expected to testify at the trial and for serving complete expert disclosures is extended to June 16, 2015.

3) The deposition deadline is extended to June 16, 2015.

4) The deadline for filing motions to dismiss and motions for summary judgment is extended to June 16, 2015.

5) The remaining case progression deadlines are unchanged.

March 9, 2015.

                                                                        BY THE COURT:

                                                                        *s/ Cheryl R. Zwart*
                                                                        United States Magistrate Judge