IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS A BARTEK,<br><br>    Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant/Third Party Plaintiff.<br><br>vs.<br><br>WILLIAM JENKINS,<br><br>    Third Party Defendant. | 8:13CV352<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Jenkins' response to Jackson National's motion to take a supplemental deposition, (Filing No. 36), shall be filed on or before May 26, 2015, with any reply thereto filed no later than May 29, 2015.

2) As of June 1, 2015, the motion will be deemed fully submitted for the court's prompt review and decision.

May 19, 2015.

                                                                    BY THE COURT:

                                                                    *s/ Cheryl R. Zwart*<br>                                                                    United States Magistrate Judge