IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS A BARTEK, | ) | 8:13CV352 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM JENKINS, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

IT IS ORDERED:

1. Plaintiff's motion to dismiss (Filing No. 43) is granted, and Plaintiff's complaint against Defendant, Jackson National Life Insurance Company, is dismissed with prejudice, with each party to pay their own costs.

2. Third-Party Plaintiff's motion to dismiss (Filing No. 44) is granted, and Third-Party Plaintiff's complaint against Third-Party Defendant, William Jenkins, is dismissed with prejudice.

3. The clerk of the court shall proceed to close the court file.

DATED this 23rd day of June, 2015.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge